The next case today is AMTAX Holdings 227, LLC, et al. v. Tenants' Development II Corp, et al. Appeal Number 21-1043. Attorney Dolan, please introduce yourself for the record and proceed with your argument. Thank you, Mr. Toomey. Good morning, Your Honors. My name is Louis Dolan. May it please the Court, I appear today on behalf of the appellants AMTAX Holdings and Tax Credit Holdings. I respectfully request of the panel three minutes of rebuttal time. Yes, you may have it. Thank you, sir. Your Honors, the issue presented on this appeal is whether the District Court had federal question jurisdiction under 28 U.S.C. 1331 and or 28 U.S.C. 1340. We are not here today to discuss or decide the merits of the matter as TDC, the defendants, appear to do in their briefing. The District Court did have federal question jurisdiction but improperly dismissed the case. This Court reviews that determination de novo and we ask that the District Court's opinion be reversed and that the case be reinstated. The threshold pure question of law presented to the District Court was what did Congress intend when it incorporated the term right of first refusal into section 42 I-7 of the Internal Revenue Code. Why is that the threshold question? Isn't this a case that simply asks us to construe a limited partnership agreement and the right of first refusal executed ancillary to it? No, Your Honor. In fact, this is a case. If the right of first refusal in this in, doesn't the right of first refusal executed between the parties control whatever that right of first refusal provides? It does not, Your Honor, because it does not. The right of first refusal will operate in a particular way and that way was somehow contrary to what the federal statute that you've cited indicates that we'd have to follow the federal statute, not the party's agreement. I believe it would depend on the circumstances. It wouldn't depend on the circumstances. If the letter of the agreement of the right of first refusal agreement was clear that this right of first refusal operates A, B, C, and that's not the method of operation that the statute prescribes, doesn't this case turn on the right of first refusal, not on the statute? Your Honor, under the hypothetical that you have presented, if the right of first refusal, for example, said that there was no component or requirement for willingness of the seller to sell, it would be incumbent upon the court to interpret and decide what the meaning of the safe harbor granted under section 42 I-7 was and whether this particular right of first refusal complied with that requirement of the code. Why would it be incumbent on us to do that? Well, because the parties presumably would have asked about that particular situation under that particular hypothetical right of first refusal. Let me just ask, did any party argue below that the right of first refusal referenced in the contract could mean anything other than what it means under 26 U.S.C. 42? Absolutely. The answer to that is unequivocally yes. That's bad for you. I thought you would have wanted the answer to be unequivocally no. The answer is that the right of first refusal in this particular case does not comport. No, no, no, no, no. That's not my question. I'm not asking a merits question. I'm asking whether any party to the district court contended that the meaning of right of first refusal could mean other than what 26 U.S.C. 42 meant. There is a dispute over what 26 U.S.C. 42 means by right of refusal. I'm asking a different question. Has any party in this litigation ever argued that the meaning of right of first refusal in this agreement means anything other than what it means in 26 U.S.C. 42? I apologize. I misunderstood your honor's question. The defendants in the court below argued that the right of first refusal in this case should be interpreted in a way that is inconsistent. That's your view of their position. Did they ask the district court to adopt a view of right of first refusal that could be inconsistent with 26 U.S.C. 42? Or was their position that the right of first refusal means only what it would mean in 26 U.S.C. 42 and you happen to disagree with their view of what that 26 U.S.C. 42 means? That matters greatly to me for the necessarily raised aspect of the jurisdictional question. That's why I'm pressing on it. They asked the district court to adopt an interpretation that was inconsistent with... No. One possibility is that you think it's inconsistent. Another possibility is that they asked the district court to adopt a position they knew to be inconsistent. A third, and what I want to know, is did the district court have before it an argument that it was free to interpret the meaning of right of first refusal given the party's understanding of it that might not conform to 26 U.S.C. 42? If it wasn't given any such argument, then that helps you because it suggests the only thing the court was being asked to do is decide the meaning of 26 U.S.C. 42 because the parties agreed that whatever right of first refusal and agreement meant, it meant what 26 U.S.C. 42 meant. You seem to be saying, though, that the party below that you're opposing was willing to have the court interpret the right of first refusal independent of what 26 U.S.C. 42 meant. If that's so, then the meaning of 26 U.S.C. 42 does not necessarily arise in this dispute. No, that's... I don't believe that was the position of the appellants in the court below. You're alleging a breach of duty here owed to your client by the defendant. As part of our claims, yes, your honor, that's correct. That's the only basis for any claim is to allege that some duty was owed to you has been breached. No, your honor, we alleged very specifically in count one of our complaint that, and that's specifically in appendix 35, paragraphs 102, 103, 104, 105, that the defendants... Five minutes remaining. ...the defendants' conduct by virtue of trying to convert what was statutorily required as a right of first refusal into a below market option was in violation of section 42 I-7. Well, let me go back to basics. We seem to be missing here. To bring a lawsuit as a private party, you generally need to identify a duty that the defendant had to you, whether it's contractual, imposed by common law, or imposed by statute. You've got to point to some duty. You've got to say that duty was violated. That's how you get into court. So what duty are you saying here the defendants violated that they owed to your client? We are absolutely saying that they violated their contractual and fiduciary duties. We are also saying that they violated their statutory duties. Okay, is that a separate argument, your claim that there was a violation of the federal statutory duty? Yes. What's the cause of action? What is the cause of action for that claim? The cause of action for that is a declaratory judgment, which we request... That's not a cause of action. That's a form of relief. What's the cause of action? The cause of action for breach of a statutory duty is set forth in the partnership agreement. So it's a claim under the state contract? It's a claim under the contract, but that claim... So then we're just back to the question, does that claim necessarily raise the question of what does 26 U.S.C. 42 mean? And the answer to that is yes, it does. Well, that could be true if both parties were arguing to the court that the meaning of right of first refusal in the contract only means what 26 U.S.C. 42 means. Was that the position of both parties? Yes. Okay, and then further to that, can you explain to me how the contract is breached and how a duty to you was breached on the state contract claim that you're bringing if the right of first refusal that was actually exercised did not conform to 26 U.S.C. 42? I'm not interested in whether it violates 26 U.S.C. 42. I'm interested in how such a violation resulted in breach of the contract, which is the claim you say you're bringing. Correct, because there is an express provision within the partnership agreement that obligates the general partner to comply with statutory requirements, one of which is 42 I-7. And so won't that require a court to construe the word statutory requirement in the contract and determine whether those words apply to something like 26 U.S.C. 42, which is less of a requirement than a precondition? And if that's right, isn't that just a separate state law question about contract meaning that doesn't necessarily raise the 26 U.S.C. 42 meaning point? Respectfully, no, Your Honor, because the only way that the right of first refusal can be granted is by virtue of a statutory grant under 42 I-7. You're just fighting my question. You just told me the words of the contract that were breached were the words applicable requirement in the contract. So won't the first question in the contract dispute that the court has to resolve be what do the words applicable requirement in the contract mean? That's not an issue of what does 26 U.S.C. 42 mean. That's a distinct issue. It's a distinct issue. I agree with that. But again, I go back to the principle that the only reason that this right of first refusal can exist in the first place and the right of first refusal, which references 42 I-7 in and of itself is section 42 I-7. So it necessarily incorporates section 42 I-7 and that the declaratory judgment, right, in count one and the breach of that provision of the agreement raises a substantial necessary federal question. It's a pure question of law. May I finish the thought? Yes, you may. It's a pure question of law with respect to how 42 I-7 is to be interpreted, whether it is to be interpreted as we contend, which is to incorporate bona fide third party offer and willingness of seller, or whether it is to be interpreted as TDC contends, which is a below market self-executing option. Thank you. Thank you, Mr. Dolan. At this time, please mute your audio and video. And Mr. Davenport, please introduce yourself on the record to begin. May it please the court. This is David Davenport on behalf of the appellees. The issue presented, your honors, respectfully is one of contract interpretation. Section 42 I-7 created this right of first refusal and established a couple of preconditions, but it did not establish the contours by which private parties may or may not incorporate this special right into their private agreements that are governed by state law. See, that concerns me because the way you just stated, that's a merits point about what 26 U.S.C. 42 means. And if for you to win, we have to resolve that question, that seems to support the idea that there's federal question jurisdictions. My apologies, your honor, if I suggested that, I was simply trying to give some context for the fact that this isn't. The context you're giving was an immediate conclusion about what does 26 U.S.C. 42 mean. So 42 I-7 doesn't provide. Yeah, but the more you tell me what 26 U.S.C. 42 means, the more you're asking me to interpret it. I thought your point was that the case could be resolved without me ever addressing what 26 U.S.C. 42 means. That is my point, your honor. And with respect to the arguments of counsel, I was trying to address some of his arguments, so I apologize for that confusion. We have a contract between private parties that has created the contours of a right of first refusal. Okay, so first question for me, the right of first refusal that's referenced in the contract, did you make any argument that suggested it could mean anything other than what 26 U.S.C. 42 would have it mean? No, your honor, we did not because we had confirmed. Okay, so that would seem to suggest that if the case turns on the meaning of right of, it's to me, if the case turns on the meaning of right of first refusal in the contract, the only way we can resolve that given the party's own arguments is by deciding what 26 U.S.C. 42 means. So is there some other issue in the case apart from the meaning of right of first refusal, given the nature of the contract claims that are brought against you? Yes, your honor, and that would be the specific language found within the party's agreement. Yeah, excuse me, counsel, this isn't a question of meaning of right of first refusal. There is actually a right of first refusal agreement, a separate agreement, right, and that agreement may have been drafted with section 42 in mind, but that agreement means what it means, isn't that correct? That is correct, your honor, and so we look... And it's Massachusetts state law, which is going to determine what the terms and provisions of that separate right of first refusal agreement mean. Yes, your honor, but did you argue at any point that it could mean the right of first refusal referenced in the agreement itself could mean anything other than what 26 U.S.C. 42 means? So, our argument below was and remains that the right of first refusal terms and conditions are set forth in the party's contract. I know that, but if the contract said right of first refusal in this agreement means what 26 U.S.C. 42 means by right of first refusal, that would seem to be a contract which would turn on the meaning of 26 U.S.C. 42. Did you argue below that the right of first refusal here could mean something different than what 26 U.S.C. 42 means? I don't believe we did, your honor, because we're focusing... And because it'd be implausible to think that you would have struck a contract in which there could have been an exercise of right of first refusal that you intended to be out of step with 26 U.S.C. 42, just as the other party thought the same. So, you both were in complete agreement that this contract meant by right of first refusal the right of first refusal recognized in 26 U.S.C. 42, but you disagreed about what that was. Isn't that right? Insofar as the triggering mechanisms and the various preconditions that the parties placed in their contract to define the right, I would respectfully suggest that we probably do have a disagreement as relates to those conditions that the parties contractually agreed to under Massachusetts law. So, for example... But in making that argument, you are saying that's only because you understand 26 U.S.C. 42 to permit that. If 26 U.S.C. did not permit that, you would not be making that argument. Isn't that right? Because then that would jeopardize the whole structure of the transaction. Right. The safe harbor nature of Section 42.I.7 allows for the debt plus taxes purchase price for a proposed sale, or it depends on the language of the roofer. If we had a... Let me give you an example to see if we could crystallize this. Suppose the statute says a right of first refusal means A, B, and C. And then you negotiate a contract, and the contract says we will have a right of first refusal, and by that we mean A, B, and C. You would argue that the two are the same, that your contract means what 42 means, but we wouldn't need to look at 42 to ultimately resolve what your contract says, would we? That's correct, Your Honor. Well, if that's right, would you be all right with a ruling that concludes you win on the jurisdictional point because the right of first refusal you entered did not conform to 26 U.S.C. 42? Because it wasn't intended to? Or because it just didn't? Well, it would be hard for me to concede, Your Honor, that it doesn't conform to the minimum requirement. And that's because the whole case, given your presentation of what the contract was, is that it says if the contract was written to say the right of first refusal herein means the right of first refusal on 26 U.S.C. 42, right? I suppose to a degree, because then there are additional considerations that are placed or conditions that are placed by the parties. So the parties here clearly chose to provide a right of first refusal, and the parties here clearly intended to put some contractual parameters around that. They said we want to have a proposed sale. There needs to be a bona fide third-party purchaser. And then once those things occur, what happens next? The contract takes us through these very specific triggering mechanisms, exercise mechanisms, and then ultimate consummation of sale mechanisms. And so in order to determine the parties' disputes here, and all of those disputes are state law claims. There is a declaratory relief, certainly, that is a relief-based pleading, but it's not a cause of action. So all of the causes of action are necessarily state law claims, which turn upon the specific and unique nature of the language that the parties chose to incorporate and place on their ROFR here. And so, sorry, Your Honor, go ahead. Let me see if I can boil it down. Section 42, all right, permits having a right of first refusal that qualifies for the safe harbor and sets forth some parameters that were applied to that. But it does not purport to dictate, as I understand it, the terms and conditions of any particular right of first refusal. Those are going to vary depending upon the parties' negotiation from deal to deal. And as I understand it, the real dispute here is that there are terms and conditions in this agreement which you say ought to be enforced in a particular way, and which the other side says if you enforce them in that way, that would violate Section 42 and do away with the safe harbor, so you shouldn't enforce them. Is that essentially what we're talking about? I believe that's an accurate assessment, Your Honor. Can I just add one last thing? I understood you'd be saying all of that, but also that in response to their contention that if you enforce them a certain way, it would violate 26 U.S.C. 42. It's part of your argument that they would not. If I understand you, Your Honor, if the court were to accept their arguments that there is some violation in this ROFR of Section 42, I think their contention is then that the ROFR somehow becomes void or is voidable. We certainly disagree with that because ultimately what may happen could be tax consequences, but the recapture period has long since expired. So those potential tax consequences, although nonexistent, don't change the underlying agreement between parties. I was making a slightly different point, which is Judge Selya laid out a series of positions that you were taking and then that your opponent was taking, and the way those positions ended was with you saying there are some preconditions that are not about 26 U.S.C. 42, and your opponent saying, no, those would violate 26 U.S.C. 42, so you can't construe the contract that way. And what I'm curious is, is your response to that, they just are what they are? You don't have to look at 26 U.S.C. 42 to figure it out. Or is your response to that, they conform to 26 U.S.C. 42 because when you read it, you'll see you're allowed to have those deviations? Okay, I think I'm following you, Your Honor. My apologies. I would say that they're the former. They are what they are. The parties chose to put them into their agreement and made them what they are based on private negotiations, and they may be more than Section 42 even contemplates. Let me put it another way. Your position is the right of first refusal agreement is valid and enforceable whether or not it complies with Section 42. Yes, Your Honor. And then you would also maintain when they bring the suit that, by the way, it does comply. It also complies with the antitrust laws, you would also say. Yes, Your Honor, I would, but I would not go so far as to talk about antitrust because it's beyond my expertise, but precisely that. That Section 42, whatever their arguments may be, cannot serve to invalidate or avoid this ROFR. Okay, now on that second point, if your argument is that the meaning of those terms just are whether 26 U.S.C. 42 means or not. Their contention is insofar as they do violate 26 U.S.C. 42, that has implications under Massachusetts contract law, given the nature of this agreement. Your response is what to that? If they are correct and there are some inconsistencies and there would potentially be some consequences, Massachusetts law would tell us what that would be, because this is a Massachusetts contract. And could you win on those questions? In other words, defeat their contract claim with respect to those follow-on questions about what the consequence of a violation of 26 U.S.C. 42 would be for the contract claim, because that was not really addressed in either brief. But if you could win, even if that were the case, that would certainly help your argument that the meaning of 26 U.S.C. 42 is not necessarily raised in the case. Correct. We could, and I don't believe it is necessarily raised. So just play that out for me. Let's say we agree with your interpretation, we construe the statute, we say your of things is not what 26 U.S.C. 42 contemplates. So this sale violates or doesn't conform to what would be required to meet 26 U.S.C. 42. They then say that voids the contract, that alone. You say what? Well, first I would say they're incorrect. I know. But okay. And I would say that if there are some collateral consequences for an alleged failure to adhere to Section 42 I-7, it's not a remedy to void the agreement. It's a remedy to deal with what those collateral consequences might be. In other words, they may have a damages remedy under some Massachusetts tort law principle. The agreement itself, I'm not asking you to commit to that. But the ROFA agreement itself, they've agreed to, and unless they can show fraud or something like that, that agreement should be enforced. And if that causes an unexpected loss of tax advantages and they can convince a court, presumably a state court, that you rather than they are responsible for the ensuing damages, then they correct damages. But that doesn't affect the enforceability of the ROFA. I agree with that, Your Honor. And to kind of take it to the next- Just so I follow, that whole set of arguments clearly has nothing to do with the meaning of 26 U.S.C. 42. Correct? Right. Yes, Your Honor. So why isn't that itself just a basis for concluding it's not necessarily raised here? Even if the issue of whether there was a breach or whether there was a violation, whether the thing conformed to 26 U.S.C. 42 would arise. In other words, if you took the position that if there was a violation of 26 U.S.C. 42, that would void the contractor entitled to them some relief on the contract claims they actually brought. It seems to me that there would be a much better argument that the 26 U.S.C. 42 issue is necessarily raised because there'd be no way to reject their suit without addressing that question. Yeah, I believe I see your point, Your Honor. And so, as Judge Selye was saying, if there is some determination- That's time. You could finish your answer. Thank you. If there is some determination like that, then it becomes a consequence. OK, what are the consequences, right? So, we're looking at the language within the contract and what state law would provide for consequences. So, that creates another reason why this is not necessarily raised. And to expand on the statute, there is no statutory duty that Section 42 creates in this context and the federal government- You don't want to get into that, but that takes you back to the federal question. OK, then I'm glad my time's up. Thank you. I think we have some rebuttal time. Yes, thank you, Mr. Davenport. Please mute your audio and video at this time. Mr. Dolan, you have three minutes of rebuttal. Begin by reintroducing yourself on the record. Thank you, Mr. Toomey, Your Honors. My name is Louis Dolan. I appreciate the opportunity to be heard on rebuttal. Judge Selye, I'd like to address a question that you presented to Mr. Davenport. You effectively said the right of first refusal agreement means what it means and its terms are set. There are really two components to the answer to that question. The right of first refusal does say what it says, but there are also components within the meaning of the statute, 26 U.S.C. 42 I-7, as well as within the legislative history as has been cited in the Federal District Court in New York, as has been cited in the Federal District Court in Michigan, both of which cases are now on appeal to the Second and Sixth Circuits, respectfully. But there is a second component that is not just what is literally written into the right of first refusal, but the defendant's conduct with respect to triggering and exercising that right of first refusal, which incorporates, in our view, common law meaning under 42 I-7, right? So some of that common law meaning includes whether there is a bona fide third party offer. Some of that common law meaning includes whether the owner is willing to sell. You see, counsel, I think I understand that section 42 may inform the meaning of the terms of this separate right of first refusal agreement. But if the right of first refusal agreement says something contrary, if it says clearly and unambiguously, it has a term or condition which is contrary to section 42, but that's the term and condition which the parties agreed, it seems to me that absent of showing a fraud, and that hasn't really been alleged, or something perhaps mutual mistake, that term or condition is enforceable. And I can understand that I'm not sure how the effect of the end of the recapture period works. But there may be damages to your clients, and your clients may very well be able to pursue a state court cause of action. But I'm troubled by this notion that a court has to construe 42 or the subsection of 42 in order to decide this case. The ability to interpret this particular contract depends on the court's interpretation of section 42 I7. To some extent, but if the language of the contract is inconsistent with 42, then the language of the contract has to control. I mean, that's kind of contracts 101. I think the starting point for the analysis, your honor, is the plain meaning of section 42 I7. And from that meaning flows. I think we disagree, because I would think that the plain meaning of the contract terms is the starting point, and to the extent there is room for debate about that plain meaning, I think that section 42 is quite important, given the context of these negotiations. Your time is up, but you may answer that last comment if you would like. Thank you. Judge, I would respectfully submit that this case cannot be fully adjudicated without an interpretation under 42 I7. And it's not just an interpretation of the right of first refusal of the contract, but it's an interpretation of their current conduct with respect to 42 I7, and whether their efforts to self-trigger this particular instrument converts it into something that is not permitted under 42 I7. Judge Cato, let me just ask one last question, which is, let's assume that you are right about the meaning of 26 U.S.C. 42, and let's assume a court could conclude, nonetheless, the text of this agreement contemplated something that does not conform to 26 U.S.C. 42. So the two are inconsistent. What actually happened here is inconsistent with 26 U.S.C. 42. What's your next move in support of your contract claims before us? The next move, if I'm understanding the question correctly, is to request a determination that the contract itself has been breached. Okay, and why won't all those questions about what follows, about whether there was a breach in consequence of that, whether it's void, et cetera, why won't all those questions just be distinct state law questions which don't turn on the meaning of 26 U.S.C. 42? Because they are predicated on the language in 26 U.S.C. 42 I7 that requires that this be a right of first refusal. And so, again, it's not just the language of this instrument, but it is how this instrument is being construed and treated currently, not in 2003 when it was written, but whether the defendant's current conduct of literally trying to self-execute a right of first refusal is consistent with 42 I7. And if this court, as it should, ultimately determines, as the courts in New York and the courts in Michigan and the courts in Washington have, that an option, a self-triggering instrument is an option and not a right of first refusal, and therefore this is not compliant with section 42 I7. Thank you, Mr. Dolan. Thank you, Your Honors. That concludes argument in this case. Attorney Dolan and Attorney Davenport, you should disconnect from the hearing at this time.